MORRIS GLASSER & SON, INC., Respondent, *v.* JONWAL CONSTRUC-TION CO., INC., Appellant.

Supreme Court, Appellate Term, First Department, January 18, 1946.

*Albert Foreman* for appellant.

*Irving J. Tell* for respondent.

MEMORANDUM *Per Curiam.* Plaintiff cannot recover for the alleged extra work upon the alleged oral contract relied on or upon the claim that the written contract was modified by the oral agreement. Paragraph " 9 " of the agreement expressly provides that such a claim may not be made unless it is in writing and signed by the defendant; the alleged oral modification is, therefore, ineffective. (See Real Property Law, § 282, subd. 1; Personal Property Law, § 33-c.█) Also, the architect's decision that the alleged extra work is not such but is included by the provisions of the specifications is conclusive; further, there is no proof of damage. The defendant, admittedly, owes plaintiff a balance of $5 due on other work.

The judgment should be modified by reducing plaintiff's recovery to the sum of $5, with costs, and as modified, affirmed, with $25 costs to appellant to be set off against plaintiff's judgment.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Judgment modified, etc.